[No. 9510-0-III.   Division Three.   March 6, 1990.]

BOISE CASCADE CORPORATION, *Appellant,* v. HENRY V. APODACA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-02257-0, Walter A. Stauffacher, J., entered July 20, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 11942-1-II.   Division Two.   March 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENT PORTER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00156-6, David E. Foscue, J., entered April 11, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 12673-7-II.   Division Two.   March 7, 1990.]

DIANNE M. EVERIST, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 88-2-00241-3, James B. Sawyer II, J., entered February 10, 1989. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J. Now published at 57 Wn. App. 483.